UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HASSAN HUNDIYE,<br><br>                         Petitioner,<br><br>         v.<br><br>ERIC HOLDER, Attorney General of the United States, et al.,<br><br>                         Respondents. | NO.  C13-1765-RAJ-JPD<br><br>REPORT AND RECOMMENDATION |

On September 30, 2013, petitioner Hassan Hundiye, proceeding through counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, in which he challenged the lawfulness of his immigration custody due to the unlikelihood of his removal from the United States to Somalia in the reasonably foreseeable future. Dkt. 1, Attach. 1. His petition sought an order from this Court directing respondents to release him from custody. *Id* at 5. On October 29, 2013, however, the parties filed a stipulated motion to dismiss along with documentation which indicates petitioner was released from immigration custody pursuant to an Order of Supervision on October 18, 2013. Dkt. 13. The parties agree that this action is now moot and may be dismissed without prejudice.

REPORT AND RECOMMENDATION - 1

Pursuant to the stipulation and agreement of the parties, the undersigned recommends that this matter be dismissed without prejudice and without award of costs or fees to either party. A proposed order accompanies this Report and Recommendation.

DATED this 13th day of November, 2013.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2