UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HASSAN HUNDIYE,

                Petitioner,

v.

ERIC HOLDER, Attorney General of the United States, et al.,

                Respondents.

NO. C13-1765-RAJ

ORDER OF DISMISSAL

The court has reviewed the parties' stipulated motion to dismiss (Dkt. # 13) and the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge. The court orders as follows:

    (1)    The court adopts the Report and Recommendation. Dkt. # 15.

    (2)    The court GRANTS the parties' stipulated motion to dismiss and DISMISSES this action without prejudice and without award of costs or fees to either party.

    (3)    The Clerk shall ensure that Judge Donohue receives notice of this order.

DATED this 13th day of November, 2013.

                              */s/ Richard A. Jones*

                              The Honorable Richard A. Jones
                              United States District Court Judge

ORDER OF DISMISSAL - 1